NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ANDRES HERNANDEZ,                           )
a/k/a ANDRES HERNANDEZ, JR.,                 )
                                            )
      Appellant,                            )
                                            )
v.                                          )    Case No. 2D18-1600
                                            )
STATE OF FLORIDA,                           )
                                            )
      Appellee.                             )
_____ )

Opinion filed February 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Brian Iten, Judge.

Andres Hernandez, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Laurie Benoit-Knox,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


      Affirmed.


VILLANTI, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.